Eastern District of Kentucky
**FILED**

JUN 25 2026

AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**LONDON**

UNITED STATES OF AMERICA

V.                                                    INDICTMENT NO. 6:26-cr-082-REW

DARION BREANN HUFF

\* \* \* \* \*

THE GRAND JURY CHARGES:

### COUNT 1
### 18 U.S.C. § 2422(b)

In or about November 2021, the exact date unknown, and continuing until in or about August 2022, in Floyd County, in the Eastern District of Kentucky,

**DARION BREANN HUFF**

did knowingly persuade, induce, entice, or coerce an individual under the age of 18, using a means or facility of interstate commerce, to engage in sexual activity for which any person can be charged with a criminal offense, namely, Rape in the Third Degree under Kentucky Revised Statute § 510.060, in violation of 18 U.S.C. § 2422(b).

### COUNT 2
### 18 U.S.C. § 2252(a)(2)

On or before August 8, 2022, the exact date unknown, in Floyd County, in the Eastern District of Kentucky,

**DARION BREANN HUFF**

knowingly received a visual depiction using any means and facility of interstate and foreign

commerce, and that had been shipped and transported in interstate and foreign commerce, by any means including by computer, the production of such visual depiction having involved the use of a minor engaged in sexually explicit conduct and such depiction being of such conduct, in violation of 18 U.S.C. § 2252(a)(2).

A TRUE BILL

FOREPERSON

JASON D. PARMAN
FIRST ASSISTANT UNITED STATES ATTORNEY

JUSTIN E. BLANKENSHIP
ASSISTANT UNITED STATES ATTORNEY

## PENALTIES

### COUNT 1

Not less than 10 years and not more than life imprisonment, a fine not more than $250,000, and a term of supervised release of not less than 5 years and not more than life.

### COUNT 2

Not less than 5 years imprisonment and not more than 20 years imprisonment, not more than a $250,000 fine, and supervised release for not less than 5 years and not more than life.

**PLUS:** Mandatory special assessment of $100.

Additional mandatory special assessment of $5,000, pursuant to 18 U.S.C. § 3014, for non-indigent Defendants convicted of certain offenses, including those in chapter 110.

Pursuant to 18 U.S.C. §2259A, no more than:

(1) $17,000.00 if convicted of 18 U.S.C. §2252(a)(4) or §2252A(a)(5);

(2) $35,000.00 if convicted of any other trafficking in child pornography offense as defined by §2259(c)(3), which includes offenses under 18 U.S.C. §§2251(d), 2252(a)(1) through (3), 2252A(a)(1) through (4), 2252A(g) (in cases in which the series of felony violations exclusively involves violations of sections 2251(d), 2252, 2252A(a)(1) through (5), or 2260(b)), or 2260(b);

(3) $50,000.00 if convicted of child pornography production as defined by 18 U.S.C. §2259(c)(1), which includes offenses under 18 U.S.C. §2251(a) through (c), 2251A, 2252A(g) (in cases in which the series of felony violations involves at least 1 of the violations listed in this subsection), 2260(a) or any offense under chapter 109A or chapter 117 that involved the production of child pornography (as such term is defined in section 2256).

**PLUS:** Restitution, if applicable. Mandatory restitution under 18 U.S.C. § 2259 that, for any conviction of an offense described in paragraphs (E)(1) or (2), is not less than $3,000.00 per victim.