UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

UNITED STATES OF AMERICA,     )
                              )
          Plaintiff,          )          No. 6:26-CR-82-REW-HAI
                              )
v.                            )
                              )          ORDER
DARION BREANN HUFF,           )
                              )
          Defendant,          )
                              )
                              )

\*\*\*   \*\*\*   \*\*\*   \*\*\*

On the Court's own motion, **IT IS HEREBY ORDERED THAT** Defendant Darion Breann Huff's initial appearance and arraignment, currently scheduled for 2:00 p.m. on July 2, 2026, are **ADVANCED** to **11:30 a.m. on Thursday, July 2, 2026**, in London.

This the 1st day of July, 2026.

Signed By:
*Hanly A. Ingram*
**United States Magistrate Judge**